USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/9/2019

# CILENTI & COOPER, PLLC

ATTORNEYS AT LAW
10 Grand Central
155 East 44th Street – 6th Floor
New York, New York 10017

Telephone (212) 209-3933
Facsimile (212) 209-7102

December 9, 2019

**BY ECF**

Hon. Stewart D. Aaron, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> Application GRANTED. The initial conference scheduled for December 18, 2019 is adjourned until January 13, 2020 at 3:00 p.m. in Courtroom 11C. SO ORDERED.
> Dated: December 9, 2019

Re: *Tomala v. CLGM, Inc., et al.*
   *Case No. 19-CV-7839 (JPO) (SDA)*

Dear Judge Aaron,

We are counsel to the plaintiff in the above-referenced matter. An initial pretrial conference is scheduled before Your Honor on December 18, 2019 at 2:00 p.m. Due to a scheduling conflict, please accept this letter as plaintiff's request for an adjournment. The parties have conferred and are available on January 10 or 13, or another date more convenient for the Court.

No prior request for similar relief has been made, and no other dates would be affected.

We thank the Court for considering this application.

Respectfully submitted,

Justin Cilenti

cc: Demetrios Adamis, Esq. (by ECF)