CILENTI & COOPER, PLLC
ATTORNEYS AT LAW
10 Grand Central
155 East 44th Street – 6th Floor
New York, New York 10017

Telephone (212) 209-3933
Facsimile (212) 209-7102

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/10/2020
```

January 10, 2020

**BY ECF**

Hon. Stewart D. Aaron, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> Application GRANTED. The initial conference scheduled for January 13, 2020 is hereby adjourned until Wednesday, February 5, 2020 at 11:30 a.m. in Courtroom 11C.
> SO ORDERED.
> Dated: January 10, 2020

      *Re:*    ***Tomala v. CLGM, Inc., et al.***
              ***Case No. 19-CV-7839 (JPO) (SDA)***

Dear Judge Aaron,

      We are counsel to the plaintiff in the above-referenced matter. An initial pretrial conference is scheduled before Your Honor on January 13, 2020 at 3:00 p.m. However, we have been informed by defense counsel that he has suffered a death in his family, and will be unable to attend the conference. Counsel has requested an adjournment, and asked that we submit the application on his behalf. Of course we consented. Although the parties were unable to confer on alternative dates, we request that the conference be adjourned to a date most convenient for the Court in or about three weeks from today.

      One prior request for similar relief has been made, and no other dates would be affected.

      We thank the Court for considering this application.

                                     Respectfully submitted,

                                     Justin Cilenti

cc: Demetrios Adamis, Esq. (by ECF)