USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/21/2020

# CILENTI & COOPER, PLLC
ATTORNEYS AT LAW
10 Grand Central
155 East 44th Street – 6th Floor
New York, New York 10017
————
Telephone (212) 209-3933
Facsimile (212) 209-7102

September 21, 2020

**BY ECF**

Hon. Stewart D. Aaron, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Request GRANTED. SO ORDERED.
Dated: 9/21/2020

Re:   *Tomala v. CLGM, Inc., et al.*
      <u>Case No. 19-CV-7839 (SDA)</u>

Dear Judge Aaron,

We are counsel to the plaintiff in the above-referenced matter. Pursuant to the Court's Order, the parties are to submit their settlement agreement today for review and approval. Please accept this letter as plaintiff's request for a one-day extension of time to file the relevant documents. The request is based on the fact that I will be out-of-pocket most of today, but will be back in the office tomorrow. Defendants consent to this request.

No prior request for similar relief has been made, and no other dates would be affected.

We thank the Court for considering this application.

Respectfully submitted,

/s/

Justin Cilenti

cc: Demetrios Adamis, Esq. (by ECF)