Case 1:19-cv-07839-SDA   Document 27   Filed 09/28/20   Page 1 of 2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __9/28/2020__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RAUL ENRIQUE TOMALA, on behalf of himself and : Case No. 19-CV-7839
others similarly situated, : (SDA)
:
Plaintiff, : **STIPULATION AND**
: **ORDER OF DISMISSAL**
-against- :
:
CLGM, INC. d/b/a YEFSI ESTIATORIO, and :
CHRISTOS CHRISTOU, :
:
Defendants. :
------------------------------------------------------------X

WHEREAS, on August 21, 2019, Plaintiff filed a complaint, which asserted claims for, *inter alia*, unpaid overtime compensation under the Fair Labor Standards Act, 29 U.S.C. §§ 201 *et seq.* ("FLSA"), and the New York Labor Law;

WHEREAS, although commenced as a collective action, Plaintiff did not seek conditional certification and no other individuals received notice of this action;

WHEREAS, the parties settled this action based upon arms-length negotiations, the terms of which have been judicially reviewed and are deemed fair and reasonable, and are incorporated herein by reference; and

WHEREAS, the United States District Court for the Southern District of New York shall retain jurisdiction over all proceedings solely to enforce the terms of the settlement between the parties in this action;

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties that this action is hereby dismissed and discontinued in its entirety with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

Dated: New York, New York
September 18, 2020

| | |
|---|---|
| CILENTI & COOPER, PLLC<br>*Attorneys for Plaintiff*<br>10 Grand Central<br>155 East 44th Street – 6th Floor<br>New York, New York 10017<br>(212) 209-3933<br><br>By: _____<br>Justin Cilenti | DEMETRIOS ADAMIS, P.C.<br>*Attorneys for Defendants*<br>61-43 186th Street<br>Fresh Meadows, New York 11365<br>(718) 425-0945<br><br>By: _____<br>Demetrios Adamis |

SO ORDERED:

_____
Hon. Stewart D. Aaron, U.S.M.J.

Dated: September 28, 2020